## SHIELDS v. UNITED STATES.

Circuit Court of Appeals, Third Circuit.
November 9, 1928.

No. 3959.

Max V. Schoonmaker and Aaron M. Jaffe, both of Pittsburgh, Pa., for appellant.

John D. Meyer, U. S. Atty., and Joseph A. Richardson, Asst. U. S. Atty., both of Pittsburgh, Pa.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. The judgment of the court below is affirmed on its opinion refusing to arrest judgment.

It is further ordered that the mandate go down in 15 days from this date, November 9, 1928.